**Ann POWERS, Appellant**

v.

**Frederick William STUDINGER, et al., Appellees.**

No. 07–7090.

United States Court of Appeals, District of Columbia Circuit.

Oct. 24, 2007.

Ann Powers, Washington, D.C., pro se.

BEFORE: GINSBURG, Chief Judge, and HENDERSON and KAVANAUGH, Circuit Judges.

***JUDGMENT***

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed April 30, 2007, be affirmed. The district court properly dismissed the complaint because its "factual contentions are clearly baseless" and the action is frivolous. *Neitzke v. Williams,* 490 U.S. 319, 327, 109 S.Ct. 1827, 104 L.Ed.2d 338 (1989); 28 U.S.C. § 1915(e)(2)(B).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C. Cir. Rule 41.